United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Francis Bowles  
Susan Bowles  
    Debtors  

Case No. 18-13499-amc  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: Sep 14, 2018 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.
db/jdb     +John Francis Bowles,   Susan Bowles,   21 Myrtle Street,   Oxford, PA 19363-1633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2018 at the address(es) listed below:
    KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  bkgroup@kmllawgroup.com
    MARK  BLANK, JR.    on behalf of Joint Debtor Susan  Bowles markblankjr@aol.com
    MARK  BLANK, JR.    on behalf of Debtor John Francis Bowles markblankjr@aol.com
    MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
    MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

John Francis Bowles and Susan Bowles : Case No. 18−13499−amc

    Debtor(s)

***ORDER***
_____

AND NOW, this day , September 14, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

13
Form 195